<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 02-6470**

————————————

LLOYD LEWIS,

Plaintiff - Appellant,

versus

THOMAS BREEDLOVE; CHARLES HAWLEY; DAVID HUNT,

Defendants - Appellees,

and

VANCE COUNTY JAIL; COUNTY OF VANCE,

Defendants.

————————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-01-113-5-BO, CA-01-123-5-BO)

————————————

Submitted: July 18, 2002                    Decided: July 24, 2002

————————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Lloyd Lewis, Appellant Pro Se. Mark Allen Davis, Douglas William Hanna, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lloyd Lewis appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lewis v. Breedlove</u>, Nos. CA-01-113-5-BO; CA-01-123-5-BO (E.D.N.C. filed Feb. 12, 2002; entered Feb. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2